# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | |
|---|---|
| CAMERON B. BREBNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 5:21-02993-KDW |
| ) | |
| vs. ) | |
| ) | ORDER |
| KILOLO KIJAKAZI, ) | |
| ACTING COMMISSIONER OF ) | |
| SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

For good cause shown, it is hereby ORDERED that Plaintiff's Motion to Dismiss the above-captioned case without prejudice is granted.

April 26, 2022                                                                                      Kaymani D. West
Florence, South Carolina                                                          United States Magistrate Judge

Submitted by counsel for the plaintiff:

By: /s/ Danny Mayes
W. DANIEL MAYES